```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 27865
   XUAN LE
   LIZA LE                                       CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9987      SSN XXX-XX-1404
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/13/05 and confirmed on 09/02/05.

   2.  The case was dismissed after confirmation, 07/13/2007.

   3.  The Debtor paid a total of $ 20004.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED | 9951.00 | 1675.88 | 4318.55 |
| DAIMLER CHRYSLER FINANCI | SECURED | 26505.84 | 3576.11 | 8393.02 |
| DUPAGE COUNTY COLLECTOR | SECURED | 2076.00 | 446.79 | 845.26 |
| BECKET & LEE LLP | UNSECURED | 28225.60 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2675.21 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3878.51 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17059.06 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16569.16 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14201.56 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3067.92 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6460.60 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14915.56 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3979.88 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 38532.84 | .00 | 111033.06 | .00 | 149565.90 |
| PRINCIPAL PAID | 13556.83 | .00 | .00 | .00 | 13556.83 |
| INTEREST PAID | 5698.78 | .00 | .00 | .00 | 5698.78 |
| TOTAL PAID | 19255.61 | .00 | .00 | .00 | 19255.61 |

The Debtor's attorney, KATHLEEN VAUGHT                , was allowed $        .00 and was paid $        .00 .

The Trustee received $    748.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE